The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> JAMIE GUHLKE, <br> Defendant. | NO. CR18-091JLR <br><br> [PROPOSED] ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Stipulated Motion for Entry of Protective Order;

//

//

//

ORDER TO SEAL
CR18-091JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the United States' Stipulated Motion for Entry of Protective Order shall remain sealed.

DATED this 21ST day of April, 2018.

*signature*

JAMES L. ROBART
United States District Judge

Presented by:

*s/Siddharth Velamoor*
SIDDHARTH VELAMOOR
Assistant United States Attorney

ORDER TO SEAL
CR18-091JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970