1

The Honorable James L. Robart

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| UNITED STATES OF AMERICA, | ) | NO. CR 18-0091-JLR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | (PROPOSED) ORDER GRANTING |
| vs. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE TRIAL DATE AND |
| JAMIE GUHLKE, | ) | EXTEND PRETRIAL MOTIONS |
| | ) | DEADLINE |
| Defendant. | ) | |
| | ) | |

15

16

17

18

THE COURT has considered the unopposed motion to continue the trial date

and extend the pretrial motions deadline, and the records and files herein. On the basis

of the facts set out in the motion, which are incorporated by reference as if fully set

forth herein, the Court makes the following findings:

19

20

21

22

23

1.    Failing to grant a continuance would result in a miscarriage of justice given

defense counsel's reasonable need for additional time to prepare, including to reviewing

and synthesizing discovery, conducting investigation, performing legal research,

drafting motions, advising Ms. Guhlke, and preparing for trial. 18 U.S.C. §

3161(h)(7)(B)(i);

24

25

2.    This case is so complex due to the nature of the prosecution, number of

complainants, and volume of discovery, that it would be unreasonable to expect counsel

26

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  to be prepared within the timeframe set by the current trial date and 18 U.S.C. § 3161.

2  18 U.S.C. § 3161(h)(7)(B)(ii); and

3      3.    The ends of justice will best be served by a continuance, and the ends of

4  justice outweigh the best interests of the public and Ms. Guhlke in any speedier trial as

5  set forth in 18 U.S.C. § 3161(h)(7).

6      IT IS THEREFORE ORDERED the trial date in this matter is continued from

7  June 25, 2018, to January 22, 2019.   Pretrial motions shall be filed no later than

8  _December 13, 2018_ .

9      IT IS FURTHER ORDERED that the period of time from June 25, 2018,

10  through February 5, 2019, shall be excludable time pursuant to the Speedy Trial Act, 18

11  U.S.C. § 3161, *et seq.*

12      Dated this 11th day of May, 2018

13

14  _____
    James L. Robart

15  United States District Judge

16

17  Presented by:

18

19  s/ *Vanessa Pai-Thompson*
    Attorney for Jamie Guhlke

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
EXTEND PRETRIAL MOTIONS DEADLINE - 2
(*USA v. Jamie Guhlke*; CR18-91JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100