UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAMIE GUHLKE,<br><br>Defendant. | NO. CR18-0091JLR<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Exhibits E, F, and G to the Response to Defendant's Sentencing Memorandum.

//

//

//

ORDER TO SEAL
CR18-091JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | It is hereby ORDERED that Exhibits E, F, and G to the Government's Response to |
| 2 | Defendant's Sentencing Memorandum shall remain sealed. |
| 3 | DATED this 9th day of May, 2019. |

*[Signature]*

The Honorable James L. Robart
U.S District Court Judge

Presented by:

*s/Siddharth Velamoor*
SIDDHARTH VELAMOOR
Assistant United States Attorney

ORDER TO SEAL
CR18-091JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970