THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-0091JLR |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENSE UNOPPOSED MOTION TO EXTEND VOLUNTARY SURRENDER DATE |
| JAMIE GUHLKE, | |
| Defendant. | |

This Court has considered the Defense Unopposed Motion to Extend Voluntary Surrender Date, and the record in this case. The Court finds that granting the requested extension is appropriate based upon Ms. Guhlke's medical condition and that the interests of justice will be served by granting the defense motion. It is, therefore:

ORDERED that Jamie Guhlke's Unopposed Motion to Extend the Date for Voluntary Surrender is GRANTED.

IT IS FURTHER ORDERED that Ms. Guhlke's self-surrender date shall be extended to October 1, 2019, at the Federal Detention Center in SeaTac, Washington. No further extensions will be granted.

DONE this 20th day of June, 2019.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

*s/ Vanessa Pai-Thompson*
Vanessa Pai-Thompson
Assistant Federal Public Defender

ORDER GRANTING DEFENSE UNOPPOSED
MOTION TO EXTEND VOLUNTARY
SURRENDER DATE
(*USA v. Jamie Guhlke*; CR18-91JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100